JOHN S. LYON, Appellant, v. LOREN WILCOX and another, Administrators, etc., Respondents.

Appeal from a judgment in favor of the defendant, entered upon the report of a referee.

In this action, brought to recover the value of work, labor and services, performed for the defendant's intestate, the referee found that the plaintiff had been paid in full therefor. The General Term *held*, that this finding was not sustained by the evidence, and reversed the judgment.

*J. W. Dininny,* for the appellant.

*George B. Bradley,* for the respondents.

Opinion by Smith, J.

Present — Mullin, P. J., Smith and Morgan, JJ.

Judgment reversed and new trial granted, costs to abide the event.

---

JOHN OUSBY, Respondent, v. EDMUND G. JONES, Appellant.

Appeal from a judgment in favor of the plaintiff, entered on a verdict directed by the court.

The General Term *held*, that, upon the evidence in the case, the court erred in directing a verdict, and ordered a new trial.

*W. P. Goodelle,* for the appellant.

*F. Hiscock,* for the respondent.

Opinion by Smith, J.

Present — Mullin, P. J., Smith and Morgan, JJ.

Judgment reversed and new trial granted, costs to abide the event.